**Steven T. Lovett**, OSB No. 910701
steve.lovett@stoel.com
**Nathan C. Brunette**, OSB No. 090913
nathan.brunette@stoel.com
**Crystal S. Chase**, OSB No. 093104
crystal.chase@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

     Attorneys for Defendants


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| RESER'S FINE FOODS, INC., a domestic business corporation,<br><br>     Plaintiff,<br><br>   v.<br><br>BOB EVANS FARMS, INC., a Delaware corporation; BOB EVANS FARMS LLC, an Ohio limited liability corporation; BEF FOODS, INC., an Ohio corporation,<br><br>     Defendants. | Case No.: 3:13-cv-00098-AA<br><br><br>STIPULATED MOTION TO DISMISS DEFENDANTS' FIRST, SECOND, AND THIRD COUNTERCLAIMS FOR RELIEF |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), defendants move to dismiss with

prejudice their First Claim for Relief (Intentional Interference with Contract and/or Economic

Relations); Second Claim for Relief (Lanham Act False Advertising); and Third Claim for Relief

Page 1  -  STIPULATED MOTION TO DISMISS DEFENDANTS' FIRST, SECOND,
             AND THIRD COUNTERCLAIMS FOR RELIEF

(Unfair Competition), with each party bearing its own costs and attorney fees as to the foregoing dismissed counterclaims.   Plaintiff stipulates to the terms of this dismissal.

Defendants' Fourth Claim for Relief (Breach of Contract, Counts 1-3), First Supplemental Claim for Relief (Intentional Interference with Contract and/or Economic Relations); Second Supplemental Claim for Relief (Fraud); and Third Supplemental Claim for Relief (Breach of Contract/Promissory Estoppel, Counts 1-5), are not subject to this motion and remain pending.

DATED:  November 11, 2014.

LANE POWELL PC

s/  Susan K. Eggum
SUSAN K. EGGUM, OSB No. 824576
PETER D. HAWKES, OSB No. 071986
601 SW Second Avenue, Suite 2100
Portland, OR  97204 3158

Attorneys for Plaintiff

STOEL RIVES LLP

s/  Steven T. Lovett
STEVEN T. LOVETT, OSB No. 910701
NATHAN C. BRUNETTE, OSB No. 090913
CRYSTAL S. CHASE, OSB No. 093104
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204

Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

DATED this 3 day of December, 2014.

_____
THE HONORABLE ANN AIKEN
United States District Judge